| | | Date: 08/03/10 | | | | | | | Page: |
|---|---|---|---|---|---|---|---|---|---|

Date: 08/03/10                    DIVIDENDS REMITTED TO THE COURT                                    #150711                    Page:

Case Number 10-10395 - HILDEBRAND, DALE A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| David A. Rositano D.D.S.<br>4800 Oberlin Avenue<br>Lorain, OH 44053 | 000004<br><br>ck 104 | 78.00 | 2.98 |
| ---------- Remittance Total --------------- | | 78.00 | 2.98 |

_Richard Baumgart_
RICHARD A. BAUMGART, Trustee

FILED 2010 AUG -5 PM 3: 11 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND